
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02948-WJM-MEH

CINDY QUINTERO,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2013.**

    The Stipulated Motion for Entry of Protective Order [filed January 28, 2013; docket #9] is **granted**. The parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.