IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02948-WJM-MEH

CINDY QUINTERO,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 18, 2014.**

    Defendant's Motion for Leave for Defendant's Representative to Appear by Telephone at Settlement Conference [filed April 17, 2014; docket # 31] is **granted** as follows. Counsel for Defendant shall ensure that the client representative is available by telephone throughout the entirety of the settlement conference. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of settlement negotiations (if any), the conference may be recessed and re-convened at a time when the representative can be present, and costs of the recessed conference may be assessed against the Defendant.